Case 1:19-cv-00024   Document 20   Filed on 08/05/19 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
August 05, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JESUS MEDINA,<br>Plaintiff,<br><br>v.<br><br>STEADFAST INSURANCE COMPANY,<br>Defendant. | §<br>§<br>§<br>§  Civil Action No. 1:19-cv-00024<br>§<br>§<br>§ |

## NOTICE TO PARTIES

The Court received the parties' "Agreed Stipulation of Dismissal with Prejudice" (Docket No. 19). The parties stipulated and agreed to the dismissal of this case with prejudice, with the parties bearing their respective costs. *See* Docket No. 19.

Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff's claims against the Defendant are **DISMISSED with prejudice**. The parties will bear their own attorney's fees, expenses and costs of the Court. The Court hereby **ORDERS** the Clerk of the Court to close this case.

Signed on this 5th day of August, 2019.

Rolando Olvera
United States District Judge